1  Mary Kate Sullivan (State Bar No. 180203)
   mks@severson.com
2  Daska P. Babcock (State Bar No. 215172)
   dpb@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO BANK, N.A., for itself and
   d/b/a AMERICA'S SERVICING COMPANY,
8  erroneously sued separately as "AMERICA'S
   SERVICING COMPANY";
9  MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC.;
10 MERSCORP HOLDINGS INC.; and
   U.S. BANK NATIONAL ASSOCIATION, AS
11 TRUSTEE FOR BEAR STEARNS ASSET
   BACKED SECURITIES I TRUST 2005-AC7,
12 ASSET-BACKED CERTIFICATES, SERIES
   2005-AC7, successor-in-interest to U.S. BANK
13 NATIONAL ASSOCIATION, AS TRUSTEE
   FOR BEAR STEARNS ASSET BACKED
14 SECURITIES TRUST 2005-AC7, ASSET-
   BACKED CERTIFICATES, SERIES 2005-AC7,
15 erroneously sued as "US BANK, N.A., as Trustee
   for Bear Stearns Asset Backed Securities
16 2005-AC7"

17

18                    UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

20

21 JANEECE FIELDS,                          Case No. 3:14-CV-02777-VC
                                            Hon. Vince Chhabria, District Judge
22        Plaintiff,
                                            [PROPOSED] ORDER ENLARGING
23     vs.                                  WELLS FARGO DEFENDANTS' TIME
                                            TO RESPOND TO COMPLAINT AND
24 WELLS FARGO BANK, N.A., et al.,          CONTINUING CASE MANAGEMENT
                                            CONFERENCE
25        Defendants.
                                            AS MODIFIED
26

27

28

1       The Court, having considered the joint stipulation submitted by plaintiff *in pro per*

2   Janeece Fields and defendants Wells Fargo Bank, N.A., for itself and d/b/a America's Servicing

3   Company, erroneously sued separately herein as "America's Servicing Company"

4   ("Wells Fargo"), Mortgage Electronic Registration Systems, Inc. ("MERS"); MERSCORP

5   Holdings, Inc. ("MERSCORP"), and U.S. Bank National Association, as Trustee for Bear Stearns

6   Asset Backed Securities I Trust 2005-AC7, Asset-Backed Certificates, Series 2005-AC7,

7   successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed

8   Securities Trust 2005-AC7, Asset-Backed Certificates, Series 2005-AC7, erroneously sued herein

9   as "US BANK, N.A., as Trustee for Bear Stearns Asset Backed Securities 2005-AC7"

10   ("U.S. Bank") (the "Wells Fargo Defendants"), through their counsel, to enlarge the Wells Fargo

11   Defendants' time to respond to the complaint and to continue the case management conference,

12   finding good cause for both, hereby GRANTS the joint motion and ORDERS as follows:

13       1.    The time for Wells Fargo, MERS, MERSCORP, and U.S. Bank to respond to the

14   Plaintiff's complaint is enlarged and extended to <u>December 18, 2014</u>;

15       2.    The case management conference presently scheduled for December 9, 2014, is

16   continued to <u>January ~~9~~ 13, 2015, at 10:00 a.m.</u>  The parties shall file a joint case management

17   statement by ~~December 30, 2014.~~  January 6, 2015.

18       It is so ordered.

19   DATED:  December __8__, 2014



IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

20

21   Hon. V

22

23

24

25

26

27

28

ORDER ENLARGING WELLS FARGO DEFENDANTS' TIME TO RESPOND TO COMPLAINT
AND CONTINUING CASE MANAGEMENT CONFERENCE