1  Mary Kate Sullivan (State Bar No. 180203)
   mks@severson.com
2  Daska P. Babcock (State Bar No. 215172)
   dpb@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO BANK, N.A., for itself and
   d/b/a AMERICA'S SERVICING COMPANY,
8  erroneously sued separately as "AMERICA'S
   SERVICING COMPANY";
9  MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC.;
10 MERSCORP HOLDINGS INC.; and
   U.S. BANK NATIONAL ASSOCIATION, AS
11 TRUSTEE FOR BEAR STEARNS ASSET
   BACKED SECURITIES I TRUST 2005-AC7,
12 ASSET-BACKED CERTIFICATES, SERIES
   2005-AC7, successor-in-interest to U.S. BANK
13 NATIONAL ASSOCIATION, AS TRUSTEE
   FOR BEAR STEARNS ASSET BACKED
14 SECURITIES TRUST 2005-AC7, ASSET-
   BACKED CERTIFICATES, SERIES 2005-AC7,
15 erroneously sued as "US BANK, N.A., as Trustee
   for Bear Stearns Asset Backed Securities
16 2005-AC7"

17

18                    UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

20

21 JANEECE FIELDS,                         Case No. 3:14-CV-02777-VC
                                           Hon. Vince Chhabria, District Judge
22              Plaintiff,
                                           [~~PROPOSED~~] ORDER GRANTING
23         vs.                             SECOND JOINT MOTION TO
                                           CONTINUE CASE MANAGEMENT
24 WELLS FARGO BANK, N.A., et al.,         CONFERENCE AS MODIFIED

25              Defendants.                Current Date:   January 13, 2015
                                           Requested Date: January 27, 2015
26

27

28

The Court, having considered the joint motion submitted by plaintiff *in pro per* Janeece Fields and defendants Wells Fargo Bank, N.A., for itself and d/b/a America's Servicing Company, erroneously sued separately herein as "America's Servicing Company" ("Wells Fargo"), Mortgage Electronic Registration Systems, Inc. ("MERS"); MERSCORP Holdings, Inc. ("MERSCORP"), and U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset-Backed Certificates, Series 2005-AC7, successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2005-AC7, Asset-Backed Certificates, Series 2005-AC7, erroneously sued herein as "US BANK, N.A., as Trustee for Bear Stearns Asset Backed Securities 2005-AC7" ("U.S. Bank") (the "Wells Fargo Defendants"), through their counsel, requesting that the Court continue the case management conference for a second time, from January 13, 2015, to January 27, 2015, or later, and finding good cause therefor, hereby GRANTS the motion and ORDERS as follows:

1. The case management conference presently scheduled for January 13, 2015, is continued to January 27, 2015, at 10:00 a.m.

2. The parties shall file a joint case management statement by January 20, 2015.

It is so ordered.

3. The Court will not entertain any further continuances absent of a showing of good cause.

Dated: December 23, 2014

_____
Hon. Vince Chhabria, District Judge