UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEECE FIELDS,<br>        Plaintiff,<br>    v.<br>WELLS FARGO BANK, N.A., et al.,<br>        Defendants. | Case No. 14-cv-02777-VC<br><br>**ORDER** |

On December 29, 2014, the defendants filed a motion to dismiss. (Docket No. 23.) The plaintiff's response was due on January 12, 2015. As of the date of this Order, the Court has not received any response from the plaintiff. Accordingly, the plaintiff is directed to file a response within seven days of the date of this order. If plaintiff fails to do so, the case shall be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: January 23, 2015

_____
VINCE CHHABRIA
United States District Judge