UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANEECE FIELDS,
    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,
    Defendants.

Case No. 14-cv-02777-VC

**ORDER OF DISMISSAL**

On December 29, 2014, the defendants filed a motion to dismiss. (Docket No. 23.) On the same day, the defendants served this motion on the plaintiff by mail. (Docket No. 23-3.) The plaintiff's response was due on January 12, 2015. As of January 23, 2015, the Court had received no response from the plaintiff. On that date, the Court ordered the plaintiff to respond to the motion to dismiss within seven days. (Docket No. 27.) This order was also served on the plaintiff by mail on the same day the order was filed. (Docket No. 27-1.) The January 23, 2015 order stated that, should the plaintiff fail to respond as ordered, the Court would dismiss the case for failure to prosecute. As of today's date, the Court has received no response to the defendants' motion to dismiss, or any explanation for why the plaintiff has failed to respond. Accordingly, the case is dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: February 3, 2015

_____
VINCE CHHABRIA
United States District Judge